UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:17-CV-42-FL

IRMA FAY FORBES
        Plaintiff

vs.                               ORDER

NANCY A. BERRYHILL
Acting Commissioner of Social Security,
        Defendant

    Upon application of Plaintiff, it is ORDERED that Defendant pay Plaintiff's counsel the sum of $5,200.00, which amount shall be payable and sent to Plaintiff's Counsel, Branch W. Vincent, III, 8 Juniper Trail, Southern Shores, NC 27949, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412(d), and upon payment of such sum, this case is dismissed with prejudice.

        This 10th day of December, 2018.

        _Louis W. Flanagan_
        United States Judge