UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

IRMA FAY FORBES                      )
                    Plaintiff,       )
                                     )
v.                                   )        **JUDGMENT**
                                     )
                                     )        No. 2:17-CV-42-FL
                                     )
NANCY A. BERRYHILL,                  )
Commissioner of Social Security,     )
                    Defendant.       )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 10, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,200.00.

**This Judgment Filed and Entered on December 10, 2018, and Copies To:**

Branch W. Vincent, III  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Stephen F. Dmetruk, Jr.  (via CM/ECF Notice of Electronic Filing)

December 10, 2018                PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk