UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| IRMA FAY FORBES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED JUDGMENT** |
| ) | |
| ) | No. 2:17-CV-42-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 11, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,550.00.

**This Judgment Filed and Entered on February 11, 2019, and Copies To:**

Branch W. Vincent, III  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Stephen F. Dmetruk, Jr.  (via CM/ECF Notice of Electronic Filing)

February 11, 2019                    PETER A. MOORE, JR., CLERK
                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk