IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
2:17-cv-42-FL

| | |
|---|---|
| IRMA FAY FORBES ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANDREW M. SAUL, ) | |
| Commissioner of Social ) | |
| Security, ) | |
|        Defendant. ) | |

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. § 406(b), and Defendant's response, it is this  4th  day of  September , 2019, by the United States District Court for the Eastern District of North Carolina, ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 16,313.00  (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

This  4th  day of  September , 2019.

_____
United States District Judge